8/21/15

Cathy S. Lusk, Clerk
12th Court of Appeals
1517 West Front Street
Suite 354

Tyler, Texas 75702

RE: Trial Court Case No.: 31675
12th Court of Appeals Case No.: 12-15-00186-CR
Lonnie Lynn Johnson V. State of Texas

Notice of Mailing Address Change

Dear Ms. Lusk:

Please take notice of the below provided address change.

Please forward anything material in relation to the above-referenced appeal to the below address.

Thank you.

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 2 8 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

-1-

8/20/15

MS. JANICE STAPLES,
DISTRICT CLERK
3RD JUDICIAL DIST. COURT
ANDERSON COUNTY COURTHOUSE, RM. #18
500 NORTH CHURCH STREET
PALESTINE, TEXAS 75802


RE: TRIAL COURT CASE NO.: 31675
12TH COURT OF APPEALS CASE NO.: 12-15-00186-CR
LONNIE LYNN JOHNSON V. THE STATE OF TEXAS

REQUEST FOR STATUS.


DEAR MS. STAPLES

ON THE DATE of AUGUST 17, 2015, I HAD SUBMITTED THE
FOLLOWING MOTIONS TO BE HEARD BY THE COURT:

1. APPELLANT'S MOTION TO RECONSIDER HIS MOTIONS FOR
APPOINTMENT of APPELLATE COUNSEL;

2. APPELLANT'S AFFIDAVIT IN SUPPORT of HIS MOTION
TO PROCEED ON APPEAL IN FORMA PAUPERIS;

3. APPELLANT'S AFFIDAVIT IN SUPPORT of HIS
MOTION IN APPELLANT'S INABILITY TO PAY
COSTS FOR APPELLATE COUNSEL; AND

4. ORDER.


-1-

MS. STAPES, Will you PLEASE NOTIFY ME AND INFORM ME OF THE STATUS OF EACH MOTION STATED ABOVE?

Also if APPLICABLE, Will you PLEASE NOTIFY ME OF MY APPELLATE COUNSEL, AS TO WHO THE COURT APPOINTED TO REPRESENT ME ON THE ABOVE-REFERENCED APPEAL?

If you HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME AT THE BELOW LISTED ADDRESS.

I ANXIOUSLY AWAIT YOUR REPLY.

THANK YOU.

VERY TRULY YOURS,

LONNIE LYNN JOHNSON
#1468254, BYRD UNIT
21 FM 247
HUNTSVILLE, TEXAS 77320

CC:
CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

FILE COPY

-2-

Lonnie Lynn JOHNSON #468254
Byrd UNIT
21 FM 247
Huntsville, Texas    77320


CC:

JANICE STAPLES, DIST. CLERK. ANDERSON CO., TX.
BRANDI RAY, official court REPORTER
NANCY K. ADAMS, official court REPORTER, ~~BRAND~~
ALLYSON MITCHELL, ANDERSON CO. DISTRICT ATTORNEY
FILE COPY


P.S.